

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

November 12, 2019

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2019

Re: **United States** v. **Patrick Avila et al.**, 19 Cr. 166 (VEC)

Dear Judge Caproni:

    The Government respectfully requests that a change of plea conference be scheduled for Leon Smalls in the above-captioned case. After conferring with Your Honor's chambers and defense counsel, the Government requests that a change of plea conference be scheduled for Thursday, November 14, 2019 at 2:00 p.m.

                                          Respectfully submitted,

                                          GEOFFREY S. BERMAN
                                          United States Attorney

               By:      *s/*
                           Jamie Bagliebter
                           Assistant United States Attorneys
                           Tel: (212) 637-2236

Cc: Matthew Galluzo, Esq.

Application GRANTED.

SO ORDERED.

*[signature]* 11/13/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE