USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,                                    :

    -against-                                              :            19-CR-166-5 (VEC)

                                                             :

LEON SMALLS,                                                 :            ORDER

                                                             :

                  Defendant.                               :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 14, 2019, the parties appeared for a change of plea hearing with this Court; and

WHEREAS at the November 14, 2019 conference, Defendant entered a plea of guilty to Count 2 of the Indictment; and

WHEREAS the Court accepted Defendant's guilty plea; and

WHEREAS the Court requests the U.S. Marshals keep Defendant at the MCC in order for him to continue to participate in the GED program in which he is currently enrolled, if reasonably possible.

IT IS HEREBY ORDERED THAT sentencing is scheduled for **February 24, 2020 at 11:00 a.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse.  Sentencing submissions from both sides are due not later than **February 10, 2020**.

**SO ORDERED.**

Date:  **November 15, 2019**
      **New York, NY**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**