


**MEMO ENDORSED**

11 BROADWAY, SUITE 715     NEW YORK, NEW YORK 10004
Tel. (212) 344-5180     www.criminal-defense.nyc

MATTHEW J. GALLUZZO                                                                  ERIC M. ARNONE

January 27, 2020

The Hon. Valerie E. Caproni
District Court Judge
United States District Court, Southern District of New York
VIA ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/2020

    Re:    *United States v. Leon Smalls*, 19-cr-166 (VEC)

Dear Judge Caproni,

    I represent the defendant in the above-captioned matter. I write to respectfully request a postponement of my client's sentencing. Specifically, we are asking for an additional month or six weeks. I have conferred with my counterpart at the government and she has no objection to this request.

    The defense makes this request primarily because it is awaiting the production of certain records from various New York government agencies that it believes may be relevant to its sentencing submission. The defense is unsure as to when it will receive the records but expects that the requested adjournment will be sufficient. Notably, two of defendant's co-defendants are scheduled to be sentenced in this matter on April 15. Defendant has been detained since his arrest and is currently at MCC-New York.

                                    Most sincerely,

                                    _____/s/_____

                                    Matthew J. Galluzzo, Esq.
                                    GALLUZZO & ARNONE LLP
                                    11 Broadway Suite 715
                                    New York, New York 10004



11 BROADWAY, SUITE 715        NEW YORK, NEW YORK 10004
Tel. (212) 344-5180        www.criminal-defense.nyc

MATTHEW J. GALLUZZO                                    ERIC M. ARNONE

CC:
AUSA Jamie Bagliebter
VIA EMAIL AND ECF

Application GRANTED. Sentencing for Mr. Smalls is rescheduled for **March 26, 2020, at 2:00 p.m.** The parties' sentencing submissions are due no later than **March 12, 2020**.

SO ORDERED.

*Valerie Caproni* 1/28/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE