```
UNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                         DOCUMENT
-------------------------------------------------- X  ELECTRONICALLY FILED
  UNITED STATES OF AMERICA                   :        DOC #:_____
                                             :        DATE FILED: 3/19/2020
         -against-                           :
                                             :        19-cr-166-005 (VEC)
                                             :
  LEON SMALLS,                               :        ORDER
                                             :
                          Defendant.         :
-------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a sentencing hearing for Defendant is scheduled for March 26, 2020;

IT IS HEREBY ORDERED that the hearing is adjourned to **April 29, 2020, at 2:30 p.m.** to accommodate the current public health crisis.

**SO ORDERED.**

**Dated: March 19, 2020**
  **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**