# THE LAW OFFICE OF MATTHEW GALLUZZO PLLC

11 BROADWAY, SUITE 715     NEW YORK, NEW YORK 10004
Tel. (212) 344-5180     www.criminal-defense.nyc

**MEMO ENDORSED**

May 26, 2020

The Honorable Valerie E. Caproni
U.S. District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2020

<u>VIA ECF</u>

Re:    *United States v. Patrick Avila, et al.,* 19-cr-166 (VEC)

Dear Judge Caproni,

    I am CJA counsel to Leon Smalls in the above-captioned matter. I write to respectfully request an adjournment of Mr. Smalls' sentencing, currently scheduled for June 10. This application is made with the consent of the government.

    Both parties have already submitted their memoranda and the pre-sentencing report is complete. However, my client wishes to write to Your Honor and/or speak at sentencing, and I have been unable to meet with him to prepare for that in light of the current protocols. Also, in light of the virus situation, it seems unlikely that an in-person sentencing hearing will be possible for all parties in about two weeks from now. As such, we respectfully request an adjournment until September, or until a date the Court deems fit and convenient. Thank you.

Application GRANTED in part. Sentencing for Mr. Smalls is adjourned to **July 30, 2020, at 2:00 p.m.** If attorney visits have not resumed before July 1, 2020, Defendant may renew his application for an adjournment.

Respectfully submitted,

_____/s/_____

Matthew Galluzzo

Counsel for Leon Smalls

Cc:

AUSA Jamie Bagliebter

SO ORDERED.

*[signature]*    5/27/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE