```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
  UNITED STATES OF AMERICA,   :
                                                             :      19-CR-166 (VEC)
        -against-   :
                                                             :          ORDER
  LEON SMALLS,   :
                      Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS sentencing for Mr. Smalls is scheduled for August 17, 2020; and

      WHEREAS the sentencing date is no longer convenient to the Court's schedule;

      IT IS HEREBY ORDERED that sentencing is adjourned to **August 27, 2020, at 11:00 a.m.**

**SO ORDERED.**

Date: **August 3, 2020**
      **New York, New York**

                                           _____
                                              **VALERIE CAPRONI**
                                              **United States District Judge**