USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/02/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
   UNITED STATES OF AMERICA,         :
                                  :          19-CR-166 (VEC)
        -against-               :
                                    :            <u>ORDER</u>
                                    :
   LEON SMALLS,                       :
                                    :
                     Defendant.       :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

     WHEREAS on January 30, 2023, Mr. Smalls filed a habeas petition to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, *see* Petition, Dkt. 443;

     IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to open a parallel civil case for Mr. Smalls's habeas petition. The document at 19-CR-166, Dkt. 443, should be docketed as docket entry 1 in the new civil case.

**SO ORDERED.**

Date:  February 2, 2023             _____
       New York, New York              **VALERIE CAPRONI**
                                     **United States District Judge**