USDG SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/21/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA                 :
                                         :
            -against-                    :             19-CR-166 (VEC)
                                         :
LEON SMALLS,                             :                 ORDER
                                         :
                         Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 27, 2020, Leon Small ("Defendant") was sentenced principally to

a term of imprisonment of fifteen years, *see* Judgment, Dkt. 210;

WHEREAS on December 1, 2023, Defendant filed a motion requesting that the Court

consider a sentence reduction pursuant to Amendment 821 to the U.S. Sentencing Guidelines

("Amendment 821"), *see* Mot., Dkt. 455, which went into effect on November 1, 2023, and

which applies retroactively; *see* U.S.S.G. §§ 1B1.10, 4A1.1(e), 4C1.1;

WHEREAS on December 121, 2023, the United States Probation Department reported

that Defendant is not eligible for a sentence reduction because recalculating Defendant's criminal

history points does not change his Criminal History Category or the applicable Guideline range,

*see* Probation Report, Dkt. 456; and

WHEREAS the Court has considered the record in this case;

IT IS HEREBY ORDERED that Defendant is ineligible for a sentence reduction pursuant

to Amendment 821 because Defendant's Total Offense Level and Criminal History Category do

not change as a result of the guideline amendments.  His post-amendment Guideline Range

remains 262 to 327 months.  Defendant's motion is therefore DENIED.

1

2

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close the

open motion at Dkt. 455, to mail a copy of this Order to Mr. Smalls, and to note the mailing on

the docket.

**SO ORDERED.**

**Dated: December 21, 2023**
      **New York, NY**

_____
       **VALERIE CAPRONI**
      **United States District Judge**